**Darrell James PARKS, Plaintiff–Appellant,**

v.

**Anthony WILLIAMS, Mayor of the District of Columbia; Hulon L. Willis, District of Columbia–Representative Contractor; Avon C. Quero, Unit Manager # 4; Eddie L. Pearson, Chief Warden; Rufus Fleming, Regional Director; James S. Gilmore, III, Virginia Governor, Defendants–Appellees.**

No. 01–8067.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 30, 2002.

Darrell James Parks, Appellant Pro Se. Eugene A. Adams, Kimberly C. Matthews, Andrew S. Hoenig, Charles Luverne Reischel, Office of Corporation, Washington, DC; Rick Randall Linker, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Darrell James Parks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Parks v. Williams*, No. CA–01–287 (E.D.Va. Nov. 6, 2001). We deny Parks' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*